No. 229.   CAPITAL AIRLINES, INC. *v.* EDWARDS ET AL.; and

No. 371.   EDWARDS ET AL. *v.* CAPITAL AIRLINES, INC. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Charles H. Murchison* for petitioner in No. 229.   *Howard C. Westwood, Edwin McElwain* and *Amy Ruth Mahin* for petitioners in No. 371 and respondents in No. 229.

No. 361.   WILSON ET AL. *v.* STATE EX REL. McGEE, TREASURER AND EX-OFFICIO COLLECTOR, ET AL.   Supreme Court of Missouri.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Bon Geaslin* for petitioners.   *David Baron* for McGee, respondent.

No. 367.   PORTER *v.* JONES.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *T. Austin Gavin* for petitioner.

No. 372.   UNITED STATES *v.* CITY OF NEW YORK.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States.   *John P. McGrath* for respondent.

No. 387.   CASEY, ADMINISTRATRIX, *v.* AMERICAN EXPORT LINES, INC.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Jacob Rassner* for petitioner.